MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLONDA L. BARNETT-WEST,<br><br>Plaintiff,<br><br>v.<br><br>WHEELS FINANCIAL GROUP, LLC d/b/a LOANMART,<br><br>Defendant. | Case No. 5:19-cv-00371-DSF-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JOLONDA L. BARNETT-WEST ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against Defendant, WHEELS FINANCIAL GROUP, LLC d/b/a LOANMART, with prejudice. Each party shall bear its own costs and attorney fees.

s/ *Marwan R. Daher*
Marwan R. Daher
*Admitted Pro Hac Vice*

1

Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

           s/ *Marwan R. Daher*
           Marwan R. Daher